March 16, 2015

73,159-03,04

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 20 2015

Abel Acosta, Clerk

Clerk of the Court.

Since 2008 my 11.07 has been in the district court in which I was convicted of. I amended my writ, and received another Tr. Ct. No 973481-B.

On this date both of these writs were forwarded to the court of criminal Appeals despite the fact on several occasions I ask them to withdraw 973481-A.

Therefore I am asking the courts to please withdraw writ No. 973481-A, and rule only on 973481-B

Respectfully submitted,
Waymond Troy Baros

Waymond Troy Baros
#1371964
Polunsky
3872 FM 350 South
Livingston, TX 77351